IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:25CR17** |
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| JUSTINO ANGEL MARTINEZ, | |
| Defendant. | |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 108).   The Court has carefully reviewed the record in this case and finds as follows:

1.      On January 16, 2026, defendant Justino Angel Martinez ("Martinez") plead guilty to Counts I and IV of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation.   Count I of the Indictment charged Martinez with conspiracy to distribute 50 grams or more of actual methamphetamine, a violation of 21 U.S.C. § 846.   Count IV of the Indictment charged him with distribution of 50 grams or more of actual methamphetamine, a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1).

2.      The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $7,740 in United States currency and $8,670 in United States currency as "property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

3.      Based on the Martinez's guilty plea and admission, Martinez forfeits his interest in the $7,740 in United States currency and the $8,670 in United States currency, and the government is entitled to possession of any interest Martinez has in the $7,740 in

United States currency and the $8,670 in United States currency pursuant to 21 U.S.C. § 853.

4.      The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1.      The government's Motion for Preliminary Order of Forfeiture (Filing No. 108) is granted.

2.      Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Martinez's guilty plea and admission, the government is hereby authorized to seize the $7,740 in United States currency and the $8,670 in United States currency.

3.      Martinez's interest in the $7,740 in United States currency and the $8,670 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.      The $7,740 in United States currency and the $8,670 in United States currency is to be held by the government in its secure custody and control.

5.      Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $7,740 in United States currency and the $8,670 in United States currency, in such manner as the Attorney General may direct, and notice that any person, other than Martinez, having or claiming a legal interest in the $7,740 in United States currency and the $8,670 in United States currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.      The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $7,740 in United States currency and the $8,670 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $7,740 in United States currency and the $8,670 in United States currency

and any additional facts supporting the Petitioner's claim and the relief sought.

7.    The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $7,740 in United States currency and the $8,670 in United States currency, as a substitute for published notice as to those persons so notified.

8.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 2nd day of February 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge